UNITED STATES of America, Plaintiff–Appellee

v.

Kevin LOVE, also known as Kelvin Love, Defendant–Appellant.

No. 12–30426
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 2012.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, Kelly Pomes Uebinger, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, For Plaintiff–Appellee.

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, For Defendant–Appellant.

Kevin Love, Oakdale, LA, pro se.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Kevin Love has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Love has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Love's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.